ACCEPTED
04-15-00383-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/30/2015 4:47:40 PM
KEITH HOTTLE
CLERK

E-FILED
IN MATTERS PROBATE
Accepted: 6/30/2015 4:17 PM
GERARD RICKHOFF
CLERK PROBATE COURTS
BEXAR COUNTY, TEXAS
BY:_____
Jennifer Delgado

NO. 2014-PC-4118

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| | § | |
| HATTIE POOLE | § | NO. TWO |
| | § | |
| An Incapacitated Person | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/30/2015 4:47:40 PM
KEITH E. HOTTLE
Clerk

## ATTORNEY AD LITEM'S NOTICE OF APPEAL ON BEHALF OF HATTIE POOLE

TO THE HONORABLE COURT:

Attorney ad Litem, CARMEN SAMANIEGO, in her representation of HATTIE POOLE, in the above-referenced cause gives notice of intent to appeal the Bexar County Probate Court's Order Sustaining Challenge of the Guardian ad Litem's Motion to Show Authority on May 15, 2015.. This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas , in order to preserve the right to appeal.

Respectfully submitted,

_____/S_____
CARMEN SAMANIEGO
Attorney at Law
Tex. State Bar: 24027951
8100 Broadway, Suite 105
San Antonio, Texas 78209
Tel: 210/802-4888
Fax: 888/224-3924
attorneycarmen@me.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Appeal** was served this the 30th day of June 2015, in accordance with Rule 21a, Tex. R. Civ. P. upon the following person(s):

_____/S/_____
CARMEN SAMANIEGO,
Attorney ad Litem

Teresa Christian
Tx. State Bar No. 24052879
THE CHRISTIAN LAW FIRM, PLLC
22211 IH 10 WEST, SUITE 1206
San Antonio, Texas 78257
Tel: 210/501-0722
Fax: 888/511-2049
Teresa@thechristianlawfirm.com

Mr. Bill Leighner
Cavaretta, Katona & Francis, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Attorney for Jeff Poole

Mr. Robert E. Golden
Golden Law, P.C.
Pacific Plaza, Suite 611
14100 San Pedro Avenue
San Antonio, Texas 78232-4363
Attorney for Ben Marek

Mr. Ricky J. Poole
Law Offices of Ricky J. Poole
8000 I.H. 10 West, Suite 1600
San Antonio, Texas 78230